U.S. District Court Court

County of Putnam  State of New York

Sheriff File Number – 07000948

Michelle/Bjorn Holubar

vs.

Tom Allen

## Affidavit of Service

Summons/Verified Complaint, Case No. 07 CIV 7185

State of New York - County of Putnam

I, Deputy Sheriff Johnathan M. Bradley, Badge # 115 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 8/21/2007 at 11:45 am, at 345 Main Street Nelsonville, NY 10516, deponent served the within Summons/Verified Complaint on Tom Allen, the defendant named therein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Tom Allen personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

NON-MILITARY

At the time of service Tom Allen was asked if he was in the Military Service of the U.S. Government and Tom Allen replied no.

DESCRIPTION

The person served was approximately: Skin Color: White,  Hair Color: Brown,  Gender: Male  Height: 5' 11"  Weight: 185  Age: 44.

Johnathan M. Bradley
Deputy Sheriff

115
Badge Number

Sworn to before me on 08/21/2007

Notary Public
PATRICIA A. ROMANYCH
Notary Public, State of New York
01RO4817892
Qualified in Dutchess County
Commission Expires May 31, 2010