U.S. District Court Court

County of Putnam   State of New York

Sheriff File Number – 07000948

| Michelle/Bjorn Holubar | Affidavit of Service |
| vs. | Summons/Verified Complaint |
| Tom Allen | |

State of New York - County of  Putnam

I, Deputy Sheriff Johnathan M. Bradley, Badge # 115 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 8/21/2007 at 11:45 am, at 345 Main Street,  Nelsonville, NY 10516 deponent served the within Summons/Verified Complaint on Joan Allen, the defendant named therein, in the following manner.

ALTERNATE PERSON

By delivering to and leaving with Tom Allen the son to the defendant a true copy thereof, a person of suitable age and discretion. Said address was the actual place of business of the defendant.

NON-MILITARY

At the time of service Tom  Allen was asked if the servee was in the Military Service of the U.S. Government and Tom  Allen replied no.

DESCRIPTION

The person served was approximately: Skin Color: White,  Hair Color: Brown, Gender: Male  Height: 5' 11"  Weight: 185  Age: 44.

SERVICE ATTEMPTS

Sworn to before me on 08/21/2007

_____
Notary Public

PATRICIA A. ROMANYCH
Notary Public, State of New York
01RO4817892
Qualified in Duchess County
Commission Expires May 31, 20/0

_____     115
Johnathan M. Bradley            Badge Number
Deputy Sheriff