Bjorn J. Holubar (BH-9691)
575 Madison Avenue, 10th Floor
New York, New York 10022
1-516-446-1546 direct phone
1-646-417-6017 direct fax
1-646-334-8312 phone
bholubaresq@optonline.net

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHELLE HOLUBAR, and
BJORN J. HOLUBAR,

                Plaintiffs,

  v.                                    2007 CV 7185
                                        (S.Robinson, USDJ)
TOM ALLEN, aka                     (M.Fox, USMJ)
TOMMY ALLEN, aka
THOMAS ALLEN, dba
TOM ALLEN EXCAVATING, and
JOAN ALLEN,

                Defendants.

----------------------------------------------------------------X

## DISCLOSURE STATEMENT

In compliance with such applicable provisions and requirements of the Fed. R. Civ. Pro., this Disclosure Statement is filed on behalf of Plaintiffs.

1. Plaintiffs are not the owner of in excess of 1% of any publicly owned corporation.

2. Plaintiffs are unaware of any other publicly owned corporations or entities that may have a financial interest in the outcome of this case.

DATED: August 30, 2007                                 Bjorn J. Holubar /s/
                                                        Bjorn J. Holubar, Esq.
                                                        1-516-446-1546(direct phone)
                                                        1-646-417-6017 (fax)
                                                        575 Madison Avenue, Suite 1006
                                                        New York, New York 10022