UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHELLE HOLUBAR, and
BJORN J. HOLUBAR,

                Plaintiffs,

   v.

TOM ALLEN, aka
TOMMY ALLEN, aka
THOMAS ALLEN, dba
TOM ALLEN EXCAVATING, and
JOAN ALLEN,

                Defendants.

2007 CV 7185
(S.C. Robinson, USDJ)
(M.D. Fox, USMJ)

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I, Collin Barletta, being over the age of 18 and a resident of the State and City of New York certify and affirm that the foregoing:

1) Plaintiffs' Disclosure Statement and this Affidavit of Service were served by regular mail on the 29th day of August 2007 on:

Tom Allen
345 Main Street
Nelsonville, NY 10516

Joan Allen
345 Main Street
Nelsonville, NY 10516

_____
Collin Barletta

Dated: August 30, 2007

Notary: _____

CHRISTOPHER B. TURCOTTE
Notary Public, State of New York
No. 02TU5072563
Qualified in New York County
Commission Expires February 3, 20ll