UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                    :

MICHELLE HOLUBAR, and
BJORN J. HOLUBAR,

                      Plaintiffs,

     v.                                  :   2007 CV 7185
                                    :   (Robinson/Fox)

TOM ALLEN, aka
TOMMY ALLEN, aka
THOMAS ALLEN, dba
TOM ALLEN EXCAVATING, and
JOAN ALLEN,

                    Defendants.

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Bjorn J. Holubar, Esq., being over the age of 18 and a resident of the State New York and an attorney duly admitted to practice in the USDC for the SDNY certify and affirm that:

      1)      Plaintiffs' 1st Amended Verified Complaint,

was served by ECF, post counsel appearance, and by HAND (@4:57pm) on the 5th day of September 2007 on:

                      John H. Hersh, Esq.
                First Federal Building, Suite 212
                  Peekskill, New York 10566

                                                    /s/

Dated: September 5, 2007                         _____
                                                       Bjorn J. Holubar, Esq.