UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
MICHELLE HOLUBAR, and :
BJORN J. HOLUBAR, :
:
Plaintiffs, :
v. : 2007 CV 7185
: (S. Robinson/M. Fox)
TOM ALLEN, aka :
TOMMY ALLEN, aka :
THOMAS ALLEN, dba :
TOM ALLEN EXCAVATING, and :
JOAN ALLEN, :
:
Defendants. :
:
-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    I Bjorn J. Holubar, Esq., an attorney admitted to practice in the Southern District of New York, do hereby t affirm under penalty of perjury that:

    1-Plaintiffs' Opposition to defendants' Motion to Dismiss and Alternative Application for Leave to Amend, with appended exhibits, and

    2-this Certificate of Service,

were served on counsel for defendants:

John H. Hersh, Esq.
First Federal Building, Suite 212
Peekskill, New York 10566


by ECF as promulgated by the Local Rules of this Court and by Federal Express on the 29th day of October 2007.

                                                Bjorn J. Holubar /s/
                                                _____
                                                Bjorn J. Holubar, Esq.