**EXHIBIT 3 – "House B Contract"**

**Tom Allen Excavating**
**345 Main Street**
**Nelsonville, NY 10516**
**845-265-5598 o**
**845-265-6087 f**

October 15, 2006

Hudson Way LLC
Route 301 & Hudson Way
Cold Spring, New York 10516

**Job:   *Proposal for House Site #2***
***Cold Spring, New York 10516***

Dear Sirs:

Thank you for considering Tom Allen Excavating for the above referenced location.  We propose to furnish all labor, equipment, materials needed to complete the following work for the Hudson Way LLC Project as specified on the scope of work.

Work is limited to that which is specified only. It does not include or imply any other work unless specifically listed.

As per the drawings listed as Michelle Thorpe Holubar File #05-119 dated 9/14/06 by Badey & Watson.

1.     Cut Trees for Driveway & House Site.
2.     Remove all stumps from site.
3.     Cut in Driveway & Item #4 same.
4.     Dig for Foundation.
5.     Install Footing Drains & Tar Foundation
6.     Backfill Foundation.
7.     Dig Water & Electric lines.
8.     Clear Septic Area.
9.     Install Septic System as per plan.

**The above work will be performed at the contract price of   $35,500.00***

Page 1 of 3

**Payment Schedule as follows:**

|  |  |
|---|---|
| Down Payment to start | $ 8,000.00 |
| Upon the completion of #1,2,3,4 | $ 6,500.00 |
| Upon the completion of #5,6,7 | $ 8,000.00 |
| Upon the completion of #8 | $ 8,000.00 |
| Upon the completion of #9 | $ 5,000.00 |

**Notes:**

In the event an item of work can not go as scheduled in the payment schedule, item of work may be moved to other installment groupings allowing for payments to be made based on work completed.

**\*Exclusions:**

1.  Permits, unless specified.
2.  Fines, unless due to Tom Allen Excavating negligence.
3.  Blasting.
4.  Hammering of rock ledge.
5.  Any damage to underground utilities, if any, unless marked.
6.  Fill, unless specified.
7.  Topsoil, unless specified.
8.  Finish grading, unless specified.
9.  Any water problems or containment.
10. Septic bank run over and above which is specified on drawing; additional cost for bank run at $35.00/yard for material and labor to spread.
11. Any surveying.
12. Any Engineering.

Again, thank you for choosing Tom Allen Excavating. Please feel free to contact us regarding this or any other matter.  We welcome your call. Please contact us at 914-447-3143 or 845-265-5598.

Please sign both original copies of this proposal; a fully executed copy will be sent under separate cover for your files.

Very truly yours,

Tom Allen Excavating

Thomas E. Allen

Please Note: This proposal may be withdrawn if not accepted within 30 days.

**Acceptance of Proposal:**
The above prices, specifications and conditions are satisfactory and arc hereby accepted.  Tom Allen Excavating is hereby are authorized to do the work as specified.  Payment will be as outlined above. Finance charges are assessed at a rate of 1.5% per month (annual percentage rate of 18%) on all balances over 30 days.  Should the above contracted amount not be paid as per the payment schedule, a mechanics lien will be applied to the project and the purchaser shall be responsible for any and all collections including but not limited to attorney fees and court costs.


_____        _____
Tom Allen Excavating                    Date      Hudson Way LLC                   Date

**EXHIBIT 4 – House C Contract"**

**Tom Allen Excavating**
**345 Main Street**
**Nelsonville, NY 10516**
**845-265-5598 o**
**845-265-6087 f**

October 15, 2006

Hudson Way LLC
Route 301 & Hudson Way
Cold Spring, New York 10516

*Job:*    ***Proposal for House Site #3***
         ***Cold Spring, New York 10516***

Dear Sirs:

Thank you for considering Tom Allen Excavating for the above referenced location. We propose to furnish all labor, equipment, materials needed to complete the following work for the Hudson Way LLC Project as specified on the scope of work.

Work is limited to that which is specified only. It does not include or imply any other work unless specifically listed.

As per the drawings listed as Michelle Thorpe Holubar File #05-119 dated 9/14/06 by Badey & Watson.

1. Cut Trees for Driveway & House Site.
2. Remove all stumps from site.
3. Cut in Driveway & Item #4 same.
4. Dig for Foundation.
5. Install Footing Drains & Tar Foundation
6. Backfill Foundation.
7. Dig Water & Electric lines.
8. Clear Septic Area.
9. Install Septic System as per plan.

**The above work will be performed at the contract price of   $33,500.00\***

Page 1 of 3

**<u>Payment Schedule as follows:</u>**

| | |
|---|---|
| Down Payment to start | $ 8,000.00 |
| Upon the completion of #1,2,3,4 | $ 6,500.00 |
| Upon the completion of #5,6,7 | $ 8,000.00 |
| Upon the completion of #8 | $ 8,000.00 |
| Upon the completion of #9 | $ 5,000.00 |

**<u>Notes:</u>**

In the event an item of work can not go as scheduled in the payment schedule, item of work may be moved to other installment groupings allowing for payments to be made based on work completed.

**<u>*Exclusions</u>:**

1. Permits, unless specified.
2. Fines, unless due to Tom Allen Excavating negligence.
3. Blasting.
4. Hammering of rock ledge.
5. Any damage to underground utilities, if any, unless marked.
6. Fill, unless specified.
7. Topsoil, unless specified.
8. Finish grading, unless specified.
9. Any water problems or containment.
10. Septic bank run over and above which is specified on drawing; additional cost for bank run at $35.00/yard for material and labor to spread.
11. Any surveying.
12. Any Engineering.

Again, thank you for choosing Tom Allen Excavating. Please feel free to contact us regarding this or any other matter.   We welcome your call. Please contact us at 914-447-3143 or 845-265-5598.

Please sign both original copies of this proposal; a fully executed copy will be sent under separate cover for your files.

Very truly yours,

Tom Allen Excavating

Thomas E. Allen

Please Note: This proposal may be withdrawn if not accepted within 30 days.

 **at&t**

# Bill & Payments - Summary & Call Details

Account Owner: BJORN HOLUBAR, Account Number: ▮



Get your wireless billing details by selecting one of the sub-sections below.

**Current Payment & Charges**

Last Payment Received

**Past Due Balance**

Total Amount Due

Make a Payment

## Wireless Statement Summary

Select Bill Period: [ 12/26/06 - 01/25/07 ▼ ] ▶     [ View Full Bill ]

| BILL SUMMARY | **CALL DETAILS** |

Wireless Number: [ 516-446-1546 ▼ ] ▶

Select the type of details to view:

**Voice** | Data

Phone Book (What's this?)

**On** | Off | Manage

**Voice Details**                                    Download Call Details

1 | VIEW ALL

| # | DATE | TIME | NUMBER CALLED | MIN | AIRTIME CHARGE | LD DA | TOTAL CHARGE |
|---|------|------|---------------|-----|----------------|-------|--------------|
| 1 | 12/26 | | | | | | 0.00 |
| 2 | 12/26 | | | | | | 0.00 |
| 3 | 12/26 | | | | | | 0.00 |
| 4 | 12/26 | | | | | | 0.00 |
| 5 | 12/26 | | | | | | 0.00 |
| 6 | 12/26 | | | | | | 0.00 |
| 7 | 12/26 | | | | | | 0.00 |
| 8 | 12/26 | | | | | | 0.00 |
| 9 | 12/26 | | | | | | 0.00 |
| 10 | 12/26 | | | | | | 0.00 |
| 11 | 12/26 | | | 9 | | | 0.00 |

Bill & Payments - Summary & Call Details



| | | | | |
|---|---|---|---|---|
| 12 | 12/26 | | | 0.00 |
| 13 | 12/26 | | | 0.00 |
| 14 | 12/26 | | | 0.00 |
| 15 | 12/26 | | | 0.00 |
| 16 | 12/26 | | | 0.00 |
| 17 | 12/26 | | | 0.00 |
| 18 | 12/26 | 01:31PM | 914-447-3143 | 7 | 0.00 |
| 19 | 12/26 | | | 0.00 |
| 20 | 12/26 | | | 0.00 |
| 21 | 12/26 | | | 0.00 |
| 22 | 12/26 | | | 0.00 |
| 23 | 12/26 | | | 0.00 |
| 24 | 12/27 | | | 0.00 |
| 25 | 12/27 | | | 0.00 |
| 26 | 12/27 | | | 0.00 |
| 27 | 12/27 | | | 0.00 |
| 28 | 12/27 | | | 0.00 |
| 29 | 12/27 | | | 0.00 |
| 30 | 12/27 | | | 0.00 |
| 31 | 12/27 | | | 0.00 |
| 32 | 12/27 | | | 0.00 |
| 33 | 12/27 | | | 0.00 |
| 34 | 12/27 | | | 0.00 |
| 35 | 12/27 | | | 0.00 |
| 36 | 12/27 | | | 0.00 |
| 37 | 12/27 | | | 0.00 |
| 38 | 12/27 | | | 0.00 |
| 39 | 12/27 | | | 0.00 |
| 40 | 12/27 | | | 0.00 |
| 41 | 12/27 | | | 0.00 |
| 42 | 12/27 | | | 0.00 |
| 43 | 12/27 | | | 0.00 |
| 44 | 12/27 | | | 0.00 |
| 45 | 12/27 | | | 0.00 |
| 46 | 12/27 | | | 0.00 |

Bill & Payments - Summary & Call Details

| | | | | | |
|---|---|---|---|---|---|
| 1027 | 01/17 | PM | -1660 | | 0.00 |
| 1028 | 01/17 | PM | -1225 | | 0.00 |
| 1029 | 01/17 | PM | -1225 | | 0.00 |
| 1030 | 01/17 | PM | -0539 | | 0.00 |
| 1031 | 01/17 | PM | -8849 | | 0.00 |
| 1032 | 01/17 | PM | -1225 | | 0.00 |
| 1033 | 01/17 | PM | -2664 | | 0.00 |
| 1034 | 01/17 | PM | -3799 | | 0.00 |
| 1035 | 01/17 | PM | -7400 | | 0.00 |
| 1036 | 01/17 | PM | -4090 | | 0.00 |
| 1037 | 01/17 | PM | -4393 | | 0.00 |
| 1038 | 01/17 | PM | -4145 | | 0.00 |
| 1039 | 01/17 | PM | -9680 | | 0.00 |
| 1040 | 01/17 | PM | -1225 | | 0.00 |
| 1041 | 01/17 | PM | -0471 | | 0.00 |
| 1042 | 01/17 | PM | -3242 | | 0.00 |
| 1043 | 01/17 | PM | -1660 | | 0.00 |
| 1044 | 01/17 | PM | -3242 | | 0.00 |
| 1045 | 01/17 | PM | -1660 | | 0.00 |
| 1046 | 01/17 | PM | -1660 | | 0.00 |
| 1047 | 01/17 | PM | -7400 | | 0.00 |
| 1048 | 01/17 | PM | -9127 | | 0.00 |
| 1049 | 01/17 | PM | -1037 | | 0.00 |
| 1050 | 01/17 | PM | -5606 | | 0.00 |
| 1051 | 01/17 | PM | -7400 | | 0.00 |
| 1052 | 01/17 | PM | -0471 | | 0.00 |
| 1053 | 01/17 | PM | -5606 | | 0.00 |
| 1054 | 01/17 | PM | -1225 | | 0.00 |
| 1055 | 01/17 | PM | -5606 | | 0.00 |
| 1056 | 01/17 | PM | -9228 | | 0.00 |
| 1057 | 01/17 | | -1225 | | 0.00 |
| 1058 | 01/17 | 07:27PM | 914-447-3143 | 1 | 0.00 |
| 1059 | 01/17 | 07:28PM | 914-447-3143 | 5 | 0.00 |
| 1060 | 01/18 | | | | 0.00 |
| 1061 | 01/18 | | | | 0.00 |

Bill & Payments - Summary & Call Details



| | | | | | |
|---|---|---|---|---|---|
| 1062 | 01/18 | | | | 0.00 |
| 1063 | 01/ | | | | 0.00 |
| | | | | | 0.00 |
| 1065 | 01/18 | 09:34AM | 914-447-3143 | 1 | 0.00 |
| 1066 | 01/18 | 09:45AM | 914-447-3143 | 3 | 0.00 |
| 1 | | | | | 0.00 |
| | | | | | 0.00 |
| 1 | | | | | 0.00 |
| 1070 | 01/18 | 10:36AM | 914-447-3143 | 2 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| 10 | | | | | 0.00 |
| | | | | | 0.00 |
| 1077 | 01/18 | | | | 0.00 |
| 1078 | 01/18 | | | | 0.00 |
| 1079 | 01/18 | | | | 0.00 |
| 1080 | 01/18 | | | | 0.00 |
| 1081 | 01/18 | | | | 0.00 |
| 1082 | 01/18 | | | | 0.00 |
| 1083 | 01/18 | | | | 0.00 |
| 1084 | 01/18 | | | | 0.00 |
| 1085 | 01/18 | | | | 0.00 |
| 1086 | 01/18 | | | | 0.00 |
| 1087 | 01/18 | | | | 0.00 |
| 1088 | 01/18 | | | | 0.00 |
| 1089 | 01/18 | | | | 0.00 |
| 1090 | 01/18 | | | | 0.00 |
| 1091 | 01/18 | | | | 0.00 |
| 1092 | 01/18 | | | | 0.00 |
| 1093 | 01/18 | | | | 0.00 |
| 1094 | 01/18 | | | | 0.00 |
| 1095 | 01/18 | | | | 0.00 |
| 1096 | 01/18 | | 845 | | 0.00 |

Bill & Payments - Summary & Call Details

| | | | | | | |
|---|---|---|---|---|---|---|
| 1202 | 01/20 | | 917- 895 | | | 0.00 |
| 1203 | 01/20 | | | | | 0.00 |
| 1204 | 01/21 | | | | | 0.00 |
| 1205 | 01/21 | | | | | 0.00 |
| 1206 | 01/21 | | | | | 0.00 |
| 1207 | 01/21 | | | | | 0.00 |
| 1208 | 01/21 | | | | | 0.00 |
| 1209 | 01/21 | | | | | 0.00 |
| 1210 | 01/21 | | | | | 0.00 |
| 1211 | 01/21 | | | | | 0.00 |
| 1212 | 01/21 | | | | | 0.00 |
| 1213 | 01/22 | | | | | 0.00 |
| 1214 | 01/22 | | | | | 0.00 |
| 1215 | 01/22 | | | | | 0.00 |
| 1216 | 01/22 | | | | | 0.00 |
| 1217 | 01/22 | | | | | 0.00 |
| 1218 | 01/22 | | | | | 0.00 |
| 1219 | 01/22 | | | | | 0.00 |
| 1220 | 01/22 | | | | | 0.00 |
| 1221 | 01/22 | | | | | 0.00 |
| 1222 | 01/22 | 12:53PM | 914-447-3143 | 5 | | 0.00 |
| 1223 | 01/22 | | | | | 0.00 |
| 1224 | 01/22 | | | | | 0.00 |
| 1225 | 01/22 | | | | | 0.00 |
| 1226 | 01/22 | | | | | 0.00 |
| 1227 | 01/22 | | | | | 0.00 |
| 1228 | 01/22 | | | | | 0.00 |
| 1229 | 01/22 | | | | | 0.00 |
| 1230 | 01/22 | | | | | 0.00 |
| 1231 | 01/22 | | | | | 0.00 |
| 1232 | 01/22 | | | | | 0.00 |
| 1233 | 01/22 | | | | | 0.00 |
| 1234 | 01/22 | | | | | 0.00 |
| 1235 | 01/22 | | | | | 0.00 |
| 1236 | 01/22 | | 516-44 | | | 0.00 |



| 1237 | 01/22 | | 1 | 0.00 |
| 1238 | 01/22 | | | 0.00 |
| 1239 | 01/22 | | | 0.00 |
| 1240 | 01/22 | | | 0.00 |
| 1241 | 01/22 | | | 0.00 |
| 1242 | 01/22 | | | 0.00 |
| 1243 | 01/22 | | | 0.00 |
| 1244 | 01/22 | | | 0.00 |
| 1245 | 01/22 | | | 0.00 |
| 1246 | 01/22 | | | 0.00 |
| 1247 | 01/22 | | | 0.00 |
| 1248 | 01/22 | | | 0.00 |
| 1249 | 01/22 | | | 0.00 |
| 1250 | 01/22 | | | 0.00 |
| 1251 | 01/22 | | | 0.00 |
| 1252 | 01/22 | | | 0.00 |
| 1253 | 01/23 | | | 0.00 |
| 1254 | 01/23 | | | 0.00 |
| 1255 | 01/23 | | | 0.00 |
| 1256 | 01/23 | | | 0.00 |
| 1257 | 01/23 | | | 0.00 |
| 1258 | 01/23 | | | 0.00 |
| 1259 | 01/23 | | | 0.00 |
| 1260 | 01/23 | | | 0.00 |
| 1261 | 01/23 | | | 0.00 |
| 1262 | 01/23 | | | 0.00 |
| 1263 | 01/23 | | | 0.00 |
| 1264 | 01/23 | | | 0.00 |
| 1265 | 01/23 | | | 0.00 |
| 1266 | 01/23 | | | 0.00 |
| 1267 | 01/23 | | | 0.00 |
| 1268 | 01/23 | | | 0.00 |
| 1269 | 01/23 | 12:15PM | 914-447-3143 | 5 | 0.00 |
| 1270 | 01/23 | | | 0.00 |
| 1271 | 01/23 | | | 0.00 |



| 1307 | 01/24 | | | 0.00 |
| 1308 | 01/24 | | | 0.00 |
| 1309 | 01/24 | | | 0.00 |
| 1310 | 01/24 | | | 0.00 |
| 1311 | 01/24 | | | 0.00 |
| 1312 | 01/24 | | | 0.00 |
| 1313 | 01/24 | | | 0.00 |
| 1314 | 01/24 | | | 0.00 |
| 1315 | 01/24 | | | 0.00 |
| 1316 | 01/24 | 04:04PM | | 0.00 |
| 1317 | 01/24 | | | 0.00 |
| 1318 | 01/24 | | | 0.00 |
| 1319 | 01/24 | | | 0.00 |
| 1320 | 01/24 | 04:46PM | 914-447-3143 | 4 | 0.00 |
| 1321 | 01/24 | | | 0.00 |
| 1322 | 01/24 | | | 0.00 |
| 1323 | 01/24 | | | 0.00 |
| 1324 | 01/24 | | | 0.00 |
| 1325 | 01/24 | | | 0.00 |
| 1326 | 01/24 | | | 0.00 |
| 1327 | 01/24 | | | 0.00 |
| 1328 | 01/25 | | | 0.00 |
| 1329 | 01/25 | | | 0.00 |
| 1330 | 01/25 | | | 0.00 |
| 1331 | 01/25 | | | 0.00 |
| 1332 | 01/25 | | | 0.00 |
| 1333 | 01/25 | | | 0.00 |
| 1334 | 01/25 | | | 0.00 |
| 1335 | 01/25 | | | 0.00 |
| 1336 | 01/25 | | | 0.00 |
| 1337 | 01/25 | | | 0.00 |
| 1338 | 01/25 | | | 0.00 |
| 1339 | 01/25 | | | 0.00 |
| 1340 | 01/25 | | | 0.00 |
| 1341 | 01/25 | | | 0.00 |

Bill & Payments - Summary & Call Detai s



| | | | | | |
|---|---|---|---|---|---|
| 1342 | 01/25 | | | | 0.00 |
| 1343 | 01/25 | | | 1.79 | 1.79 |
| 1344 | 01/25 | | | | 0.00 |
| 1345 | 01/25 | | | | 0.00 |
| 1346 | 01/25 | | | | 0.00 |
| 1347 | 01/25 | | | | 0.00 |
| 1348 | 01/25 | | | | 0.00 |
| 1349 | 01/25 | | | | 0.00 |
| 1350 | 01/25 | | | | 0.00 |
| 1351 | 01/25 | | | | 0.00 |
| 1352 | 01/25 | 02:18PM | 914-447-3143 | | 0.00 |
| 1353 | 01/25 | | | | 0.00 |
| 1354 | 01/2 | | | | 0.00 |
| 1355 | 01/25 | | | | 0.00 |
| 1356 | 01/25 | 03:58 | | | 0.00 |
| **Totals** | | | | 0.00  23.65 | 23.65 |

1 | VIEW ALL

---

### Quick Links

Find what you're looking for. Fast.

| Bill & Payments Support ▼ | Go |

More Support

### Ask Us

Our interactive agent is available 24/7 to answer your wireless questions.

Ask Us

---

©2007, AT&T Intellectual Property. Al Rights Reserved.
AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual
Property and/or AT&T affiliated companies.

**EXHIBIT 6 – February 2007 Phone Record Excerpt**



## Bill & Payments - Summary & Call Details

Account Owner: BJORN HOLUBAR, Account Number █████████

| Get your wireless billing details by selecting one of the sub-sections below. | **Current Payment & Charges** |
|---|---|
| | Last Payment Received (11-19-0█ ████ |
| | **Past Due Balance** █████ |
| | Total Amount Due █████ |
| | *Payment Due* ████████ |
| | Make a Payment |

## Wireless Statement Summary

Select Bill Period: 01/26/07 - 02/25/07 ▾ ▶          View Full Bill

| BILL SUMMARY | **CALL DETAILS** | Wireless Number: 516-446-1546 ▾ ▶ |

Select the type of details to view:          Phone Book (What's this?)

**Voice** | Roaming Voice | Data | Roaming Data          **On** | Off | Manage

**Voice Details**          Download Call Details

1 | VIEW ALL

| # | DATE | TIME | NUMBER CALLED | MIN | AIRTIME CHARGE | LD DA | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| 1 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 2 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 3 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 4 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 5 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 6 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 7 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 8 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 9 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 10 | 01/26 | █████ | █████ | ██ | | | 0.00 |
| 11 | 01/26 | █████ | █████ | ██ | | | 0.00 |

Bill & Payments - Summary & Call Details



| 257 | 01/31 | | | | 0.00 |
|---|---|---|---|---|---|
| 258 | 01/31 | | | | 0.00 |
| 259 | 01/31 | | | | 0.00 |
| 260 | 01/31 | | | | 0.00 |
| 261 | 01/31 | | | | 0.00 |
| 262 | 01/31 | | | | 0.00 |
| 263 | 01/31 | | | | 0.00 |
| 264 | 01/31 | | | | 0.00 |
| 265 | 01/31 | | | | 0.00 |
| 266 | 01/31 | | | | 0.00 |
| 267 | 01/31 | | | | 0.00 |
| 268 | 01/31 | | | | 0.00 |
| 269 | 01/31 | | | | 0.00 |
| 270 | 01/31 | 04:45PM | 914-447-3143 | 4 | 0.00 |
| 271 | 01/31 | | | | 0.00 |
| 272 | 01/31 | | | | 0.00 |
| 273 | 01/31 | | | | 0.00 |
| 274 | 01/31 | | | | 0.00 |
| 275 | 01/31 | | | | 0.00 |
| 276 | 01/31 | | | | 0.00 |
| 277 | 01/31 | | | | 0.00 |
| 278 | 01/31 | | | | 0.00 |
| 279 | 01/31 | | | | 0.00 |
| 280 | 01/31 | | | | 0.00 |
| 281 | 01/31 | | | | 0.00 |
| 282 | 01/ | | | | 0.00 |
| 283 | 01/31 | | | | 0.00 |
| 284 | 01/31 | | | | 0.00 |
| 285 | 01/31 | | | | 0.00 |
| 286 | 01/31 | | | | 0.00 |
| 287 | 01/31 | | | | 0.00 |
| 288 | 01/31 | | | | 0.00 |
| 289 | 01/31 | | | | 0.00 |
| 290 | 02/01 | | | | 0.00 |
| 291 | 02/01 | | | | 0.00 |

Bill & Payments - Summary & Call Details



| | | | | |
|---|---|---|---|---|
| 292 | 02/01 | 08:2 | | 0.00 |
| 293 | 02/01 | | | 0.00 |
| 294 | 02/01 | | | 0.00 |
| 295 | 02/01 | | | 0.00 |
| 296 | 02/01 | 0 | | 0.00 |
| 297 | 02/01 | | | 0.00 |
| 298 | 02/01 | | | 0.00 |
| 299 | 02/01 | | | 0.00 |
| 300 | 02/01 | 1 | | 0.00 |
| 301 | 02/01 | | | 0.00 |
| 302 | 02/01 | 1 | | 0.00 |
| 303 | 02/01 | | | 0.00 |
| 304 | 02/01 | | | 0.00 |
| 305 | 02/01 | | | 0.00 |
| 306 | 02/01 | | | 0.00 |
| 307 | 02/01 | 12:45PM | 914-447-3143 | 8 | 0.00 |
| 308 | 02/01 | | | 0.00 |
| 309 | 02/01 | | | 0.00 |
| 310 | 02/01 | | | 0.00 |
| 311 | 02/01 | | | 0.00 |
| 312 | 02/01 | | | 0.00 |
| 313 | 02/01 | | | 0.00 |
| 314 | 02/01 | | | 0.00 |
| 315 | 02/01 | | | 0.00 |
| 316 | 02/01 | | | 0.00 |
| 317 | 02/01 | | | 0.00 |
| 318 | 02/01 | | | 0.00 |
| 319 | 02/01 | | | 0.00 |
| 320 | 02/01 | | | 0.00 |
| 321 | 02/01 | | | 0.00 |
| 322 | 02/01 | | | 0.00 |
| 323 | 02/01 | | | 0.00 |
| 324 | 02/01 | | | 0.00 |
| 325 | 02/01 | | | 0.00 |
| 326 | 02/01 | | 2 | 0.00 |

Bill & Payments - Summary & Call Details



| 432 | 02/02 | | | | | 0.00 |
|-----|-------|--|--|--|--|------|
| 433 | 02/02 | | | | | 0.00 |
| 434 | 02/02 | | | | | 0.00 |
| 435 | 02/02 | | | | | 0.00 |
| 436 | 02/02 | | | | | 0.00 |
| 437 | 02/02 | | | | | 0.00 |
| 438 | 02/02 | | | | | 0.00 |
| 439 | 02/02 | | | | | 0.00 |
| 440 | 02/03 | | | | | 0.00 |
| 441 | 02/03 | | | | | 0.00 |
| 442 | 02/03 | | | | | 0.00 |
| 443 | 02/03 | | | | | 0.00 |
| 444 | 02/03 | | | | | 0.00 |
| 445 | 02/03 | | | | | 0.00 |
| 446 | 02/03 | | | | | 0.00 |
| 447 | 02/03 | | | | | 0.00 |
| 448 | 02/03 | | | | | 0.00 |
| 449 | 02/10 | | | | | 0.00 |
| 450 | 02/10 | | | | | 0.00 |
| 451 | 02/10 | | | | | 0.00 |
| 452 | 02/10 | | | | | 0.00 |
| 453 | 02/10 | | | | | 0.00 |
| 454 | 02/10 | | | | | 0.00 |
| 455 | 02/1 | | | | | 0.00 |
| 456 | 02/11 | | | | | 0.00 |
| 457 | 02/1 | | | | | 0.00 |
| 458 | 02/11 | | | | | 0.00 |
| 459 | 02/11 | | | | | 0.00 |
| 460 | 02/12 | | | | | 0.00 |
| 461 | 02/12 | | | | | 0.00 |
| 462 | 02/12 | | | | | 0.00 |
| 463 | 02/12 | 12:54PM | 914-447-3143 | | 1 | 0.00 |
| 464 | 02/12 | 12:55PM | 914-447-3143 | | 3 | 0.00 |
| 465 | 02/12 | | | | | 0.00 |
| 466 | 02/12 | | | | | 0.00 |



Bill & Payments - Summary & Call Details



| 467 | 02/12 | | 1 | | 0.00 |
| 468 | 02/12 | | | | 0.00 |
| 469 | 02/12 | | | | 0.00 |
| 470 | 02/12 | | | | 0.00 |
| 471 | 02/12 | | | | 0.00 |
| 472 | 02/12 | | | | 0.00 |
| 473 | 02/12 | | | 1.79 | 1.79 |
| 474 | 02/12 | | | 1.79 | 1.79 |
| 475 | 02/12 | | | 1.79 | 1.79 |
| 476 | 02/12 | | | | 0.00 |
| 477 | 02/12 | | | | 0.00 |
| 478 | 02/12 | | | | 0.00 |
| 479 | 02/12 | | | | 0.00 |
| 480 | 02/12 | | | | 0.00 |
| 481 | 02/12 | | | | 0.00 |
| 482 | 02/12 | | | | 0.00 |
| 483 | 02/12 | | | | 0.00 |
| 484 | 02/12 | | | | 0.00 |
| 485 | 02/12 | | | | 0.00 |
| 486 | 02/12 | | | | 0.00 |
| 487 | 02/12 | | | | 0.00 |
| 488 | 02/12 | | | | 0.00 |
| 489 | 02/12 | | | | 0.00 |
| 490 | 02/12 | | | | 0.00 |
| 491 | 02/12 | 04: | | | 0.00 |
| 492 | 02/12 | 04:35 | | | 0.00 |
| 493 | 02/12 | 04:38PM | 914-447-3143 | 1 | 0.00 |
| 494 | 02/12 | | | | 0.00 |
| 495 | 02/12 | | | | 0.00 |
| 496 | 02/12 | | | | 0.00 |
| 497 | 02/12 | | | | 0.00 |
| 498 | 02/12 | 08 | | 4 | 0.00 |
| 499 | 02/12 | | | 21 | 0.00 |
| 500 | 02/13 | | | 1 | 0.00 |
| 501 | 02/13 | | | 1 | 0.00 |

Bill & Payments - Summary & Call Details



| 677 | 02/16 | | | | 0.00 |
|---|---|---|---|---|---|
| 678 | 02/16 | | | | 0.00 |
| 679 | 02/16 | | | | 0.00 |
| 680 | 02/16 | | | | 0.00 |
| 681 | 02/16 | | | | 0.00 |
| 682 | 02/16 | | | | 0.00 |
| 683 | 02/16 | | | | 0.00 |
| 684 | 02/16 | | | | 0.00 |
| 685 | 02/16 | | | | 0.00 |
| 686 | 02/16 | | | | 0.00 |
| 687 | 02/16 | | | | 0.00 |
| 688 | 02/16 | 01:55PM | 914-447-3143 | 1 | 0.00 |
| 689 | 02/16 | | | | 0.00 |
| 690 | 02/16 | 02:03PM | 914-447-3143 | 2 | 0.00 |
| 691 | 02/16 | 02:04PM | 914-447-3143 | 3 | 0.00 |
| 692 | 02/16 | | | | 0.00 |
| 693 | 02/16 | | | | 0.00 |
| 694 | 02/16 | | | | 0.00 |
| 695 | 02/16 | | | | 0.00 |
| 696 | 02/16 | | | | 0.00 |
| 697 | 02/16 | | | | 0.00 |
| 698 | 02/16 | | | | 0.00 |
| 699 | 02/16 | | | | 0.00 |
| 700 | 02/16 | | | | 0.00 |
| 701 | 02/16 | | | | 0.00 |
| 702 | 02/16 | | | | 0.00 |
| 703 | 02/16 | | | | 0.00 |
| 704 | 02/16 | | | | 0.00 |
| 705 | 02/16 | 03:34PM | 914-447-3143 | 2 | 0.00 |
| 706 | 02/16 | 03:54PM | 914-447-3143 | 2 | 0.00 |
| 707 | 02/16 | | | | 0.00 |
| 708 | 02/16 | | | | 0.00 |
| 709 | 02/16 | | | | 0.00 |
| 710 | 02/16 | | | | 0.00 |
| 711 | 02/16 | | | | 0.00 |

Bill & Payments - Summary & Call Details



| 712 | 02/ | | | | 0.00 |
| 713 | 02/16 | | | | 0.00 |
| 714 | 02/16 | | | | 0.00 |
| 715 | 02/16 | | | | 0.00 |
| 716 | 02/1 | | | | 0.00 |
| 717 | 02/16 | | | | 0.00 |
| 718 | 02/16 | | | | 0.00 |
| 719 | 02/16 | | | | 0.00 |
| 720 | 02/16 | | | | 0.00 |
| 721 | 02/16 | | | | 0.00 |
| 722 | 02/16 | | | | 0.00 |
| 723 | 02/16 | | | | 0.00 |
| 724 | 02/16 | | | | 0.00 |
| 725 | 02/1 | | | | 0.00 |
| 726 | 02/16 | | | | 0.00 |
| 727 | 02/16 | 05:14PM | 914-447-3143 | | 0.00 |
| 728 | 02/16 | 05:31PM | 914-447-3143 | 1 | 0.00 |
| 729 | 02/16 | 05: | | | 0.00 |
| 730 | 02/16 | 05 | | | 0.00 |
| 731 | 02/16 | 05:48PM | 914-447-3143 | | 0.00 |
| 732 | 02/16 | 05: | | 1 | 0.00 |
| 733 | 02/16 | | | | 0.00 |
| 734 | 02/16 | | | | 0.00 |
| 735 | 02/16 | | | | 0.00 |
| 736 | 02/16 | 05 | | | 0.00 |
| 737 | 02/16 | | | | 0.00 |
| 738 | 02/16 | | | | 0.00 |
| 739 | 02/16 | | | | 0.00 |
| 740 | 02/16 | | | | 0.00 |
| 741 | 02/16 | | | | 0.00 |
| 742 | 02/1 | | | | 0.00 |
| 743 | 02/16 | | | | 0.00 |
| 744 | 02/16 | | | | 0.00 |
| 745 | 02/16 | | | | 0.00 |
| 746 | 02/16 | 06:46PM | 914-447-3143 | 1 | 0.00 |



| | | | | |
|---|---|---|---|---|
| 747 | 02/16 | | | 0.00 |
| 748 | 02/16 | | | 0.00 |
| 749 | 02/1 | | | 0.00 |
| 750 | 02/16 | | | 0.00 |
| 751 | 02/16 | | | 0.00 |
| 752 | 02/16 | 07:57PM 914-447-3143 | 1 | 0.00 |
| 753 | 02/16 | | | 0.00 |
| 754 | 02/16 | | | 0.00 |
| 755 | 02/16 | | | 0.00 |
| 756 | 02/16 | | | 0.00 |
| 757 | 02/16 | | | 0.00 |
| 758 | 02/16 | | | 0.00 |
| 759 | 02/16 | | | 0.00 |
| 760 | 02/16 | | | 0.00 |
| 761 | 02/16 | | | 0.00 |
| 762 | 02/16 | | | 0.00 |
| 763 | 02/16 | | | 0.00 |
| 764 | 02/16 | | | 0.00 |
| 765 | 02/1 | | | 0.00 |
| 766 | 02/16 | | | 0.00 |
| 767 | 02/16 | 09:43PM 914-447-3143 | 16 | 0.00 |
| 768 | 02/16 | | | 0.00 |
| 769 | 02/16 | | | 0.00 |
| 770 | 02/17 | | | 0.00 |
| 771 | 02/17 | | 1.79 | 1.79 |
| 772 | 02/17 | | | 0.00 |
| 773 | 02/17 | | | 0.00 |
| 774 | 02/17 | | | 0.00 |
| 775 | 02/17 | | | 0.00 |
| 776 | 02/17 | | | 0.00 |
| 777 | 02/17 | | | 0.00 |
| 778 | 02/17 | | | 0.00 |
| 779 | 02/17 | | | 0.00 |
| 780 | 02/17 | | | 0.00 |
| 781 | 02/17 | | | 0.00 |



| | | | | |
|---|---|---|---|---|
| 887 | 02/21 | | | 0.00 |
| 888 | 02/21 | | | 0.00 |
| 889 | 02/21 | | | 0.00 |
| 890 | 02/21 | | | 0.00 |
| 891 | 02/21 | | | 0.00 |
| 892 | 02/21 | | | 0.00 |
| 893 | 02/21 | | | 0.00 |
| 894 | 02/21 | | | 0.00 |
| 895 | 02/21 | | | 0.00 |
| 896 | 02/21 | | | 0.00 |
| 897 | 02/21 | | | 0.00 |
| 898 | 02/21 | | | 0.00 |
| 899 | 02/21 | | | 0.00 |
| 900 | 02/21 | | | 0.00 |
| 901 | 02/21 | | | 0.00 |
| 902 | 02/21 | | | 0.00 |
| 903 | 02/21 | 05:01PM | 914-447-3143 | 4 | 0.00 |
| 904 | 02/21 | | | 0.00 |
| 905 | 02/21 | | | 0.00 |
| 906 | 02/21 | | | 0.00 |
| 907 | 02/21 | | | 0.00 |
| 908 | 02/21 | | | 0.00 |
| 909 | 02/21 | | | 0.00 |
| 910 | 02/21 | | | 0.00 |
| 911 | 02/21 | | | 0.00 |
| 912 | 02/21 | | | 0.00 |
| 913 | 02/21 | | | 0.00 |
| 914 | 02/21 | | | 0.00 |
| 915 | 02/21 | | | 0.00 |
| 916 | 02/21 | | | 0.00 |
| 917 | 02/21 | | | 0.00 |
| 918 | 02/21 | | | 0.00 |
| 919 | 02/21 | | | 0.00 |
| 920 | 02/22 | | | 0.00 |
| 921 | 02/22 | 08: | | 0.00 |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                       :

MICHELLE HOLUBAR, and            :
BJORN J. HOLUBAR,                :
                                         :

                        Plaintiffs,    :
      v.                              :      2007 CV 7185
                                    :      (S. Robinson/M. Fox)
TOM ALLEN, aka                 :
TOMMY ALLEN, aka             :
THOMAS ALLEN, dba           :
TOM ALLEN EXCAVATING, and    :
JOAN ALLEN,                   :
                                         :

                       Defendants.   :
                                       :
------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

      I Bjorn J. Holubar, Esq., an attorney admitted to practice in the Southern District of New York, do hereby t affirm under penalty of perjury that:

      1-       Plaintiffs' 3rd Amended Verified Complaint & Jury Demand, and

      2-       this Certificate of Service,

were served on counsel for defendants:

John H. Hersh, Esq.
First Federal Building, Suite 212
Peekskill, New York 10566

by mail on the 1st day of December 2007.

                                      Bjorn J. Holubar /s/
                                    Bjorn J. Holubar, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                   :

MICHELLE HOLUBAR, and           :
BJORN J. HOLUBAR,            :
                                     :

                   Plaintiffs,   :

        v.                         :      2007 CV 7185
                                     :      (S. Robinson/M. Fox)

TOM ALLEN, aka               :
TOMMY ALLEN, aka         :
THOMAS ALLEN, dba        :
TOM ALLEN EXCAVATING, and  :
JOAN ALLEN,               :
                                     :

                   Defendants.  :
                                     :

----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        I Bjorn J. Holubar, Esq., an attorney admitted to practice in the Southern District of New York, do hereby t affirm under penalty of perjury that:

        1-      Plaintiffs' 3rd Amended Verified Complaint & Jury Demand, and

        2-      this Certificate of Service,

were served on counsel for defendants:

John H. Hersh, Esq.
First Federal Building, Suite 212
Peekskill, New York 10566

by fax and email on the 30th day of November 2007.

                                          Bjorn J. Holubar /s/
                                Bjorn J. Holubar, Esq.